UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JLG INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. _____ |
| vs. | ) |
| | ) |
| POWERSCREEN USC INC., | ) |
| POWERSCREEN INTERNATIONAL PLC, | ) |
| and TEREX CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for JLG Industries, Inc. (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

_____
R. Montgomery Donaldson (DE ID No. 4367)
Montgomery, McCracken,
 Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, Delaware 19801
(302) 504-7840

and

Anthony J. Colucci, III, Esq.
COLUCCI & GALLAHER, P.C.
2000 Liberty Building
Buffalo, New York 14202
(716) 853-4080

*Attorneys for Plaintiff*