UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JLG INDUSTRIES, INC., | ) |
|                  Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 06-677 |
| | ) |
| POWERSCREEN USC INC., | ) |
| POWERSCREEN INTERNATIONAL PLC, | ) |
| and TEREX CORPORATION, | ) |
| | ) |
|                  Defendants. | ) |

_____

**NOTICE OF DISMISSAL**
_____

IT IS HEREBY NOTICED, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, that the plaintiff, JLG INDUSTRIES, INC., hereby dismisses its complaint and all claims against the defendants, POWERSCREEN USC INC., POWERSCREEN INTERNATIONAL PLC and TEREX CORPORATION, in the above-entitled action, and that the same is dismissed on the merits, with prejudice, without costs to either party as against any other.

DATED:      November 28, 2006

*/s/ R. Montgomery Donaldson*
R. Montgomery Donaldson (DE ID No. 4367)
Montgomery, McCracken,
    Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, Delaware 19801
(302) 504-7840

and

Anthony J. Colucci, III, Esq.
COLUCCI & GALLAHER, P.C.
2000 Liberty Building
Buffalo, New York 14202
(716) 853-4080
*Attorneys for Plaintiff,*
*JLG Industries, Inc.*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on November 28, 2006, a copy of the *Notice of Dismissal* was filed electronically with the Clerk of the Court using CM/ECF, and two copies of the Notice of Dismissal were placed in first class U.S. mail to the following:

| | |
|---|---|
| Powerscreen International PLC<br>Attn: Shay McKeown and Barry Cosgrove<br>200 Coalisland Road<br>Dungannon<br>Northern Ireland<br>BT71 4DR<br>UK | Powerscreen International PLC<br>c/o Terex Crushing & Screening<br>11001 Electron Drive<br>Louisville, KY 40299<br><br>Powerscreen International PLC<br>Brown, Todd & Heyburn PLLC<br>Attn: Jay Middleton Tannon<br>3200 Providian Center<br>Louisville, KY 40202-3363 |

DATED:   November 28, 2006

/s/ *R. Montgomery Donaldson*
R. Montgomery Donaldson (DE ID No. 4367)
Montgomery, McCracken,
    Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, Delaware 19801
(302) 504-7840

and

Anthony J. Colucci, III, Esq.
COLUCCI & GALLAHER, P.C.
2000 Liberty Building
Buffalo, New York 14202
(716) 853-4080

*Attorneys for Plaintiff,*
*JLG Industries, Inc.*