**MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP**
ATTORNEYS AT LAW

123 SOUTH BROAD STREET
AVENUE OF THE ARTS
PHILADELPHIA, PA 19109
215-772-1500
FAX 215-772-7620

300 DELAWARE AVENUE, SUITE 750
WILMINGTON, DE 19801
302-504-7800
FAX 302-504-7820

LIBERTYVIEW
457 HADDONFIELD ROAD, SUITE 600
CHERRY HILL, NJ 08002
856-488-7700
FAX 856-488-7720

1235 WESTLAKES DRIVE, SUITE 200
BERWYN, PA 19312
610-889-2210
FAX 610-889-2220

June 27, 2006

**Via CM/ECF Filing and Hand Delivery**

The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 N. King Street, Lockbox 31
Wilmington, DE 19801

Re:   **JLG Industries, Inc. v. Powerscreen**
          **C.A. No. 06-677**

Dear Chief Judge Robinson:

   This is to advise the Court that the parties in this action have reached an amicable resolution of their disputes. Accordingly, a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(i) has been filed with the Court, a courtesy copy of which is enclosed.

   As always, I am at the Court's disposal should there be any questions about the status of this matter.

                                                       Respectfully yours,

                                                       */s/ R. Montgomery Donaldson*

                                                       R. Montgomery Donaldson (DE #4367)

RMD/saa
Encl.

cc:   Rosanna DiMeo, Case Manager (via hand delivery, w/encl.)
        Clerk U.S. District Court (via hand delivery w/encl.)

A LIMITED LIABILITY PARTNERSHIP FORMED IN PENNSYLVANIA
LOUIS A. PETRONI – NEW JERSEY RESPONSIBLE PARTNER